UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:  CV 15-08279-AB (GJSx) | Date:  November 20, 2015 |

Title: *Travelers Commercial Insurance Company v. Hooson Hwang Yang et al*

Present: The Honorable  ANDRÉ BIROTTE JR.

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers] Order To Show Cause Why Action Should Not Be Dismissed For Lack Of Subject Matter Jurisdiction**

Fed. R. Civ. Proc. 8(a) requires "[a] pleading that states a claim for relief must contain . . . a short and plan statement of the grounds for the court's jurisdiction."   The Complaint herein contains no jurisdictional statement.   The court therefore **ORDERS** Plaintiff to show cause, **no later than December 2, 2015**, why this case should not be dismissed for lack of subject matter jurisdiction.   Plaintiff's Response should state the basis for federal jurisdiction and the factual allegations supporting it.

**Should Plaintiff fail to respond by the deadline, the court will dismiss this case, without further notice, for lack of subject matter jurisdiction.**

**IT IS SO ORDERED.**