NOTE: CHANGES MADE BY THE COURT

JS-6

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
R. RANDAL CRISPEN, Cal. Bar No. 120505
  rcrispen@sheppardmullin.com
THOMAS R. PROCTOR, Cal. Bar No. 246919
  tproctor@sheppardmullin.com
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:   619.234.3815

Attorneys for Travelers Commercial Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRAVELERS COMMERCIAL INSURANCE COMPANY, a corporation doing business in California,<br><br>              Plaintiff,<br><br>     v.<br><br>HOOSON HWANG YANG, an individual, JUN HO YANG, an individual, and DOES 1 through 20, inclusive,<br><br>              Defendants. | Case No. 15-cv-08279-AB (GJSx)<br><br>The Hon. André Birotte Jr.<br>Courtroom 4 (2nd Floor)<br><br>**[PROPOSED] JUDGMENT**<br><br>Judge:  Hon. Andre Birotte Jr.<br><br>Complaint Filed:     October 22, 2015 |

SMRH:476750008.1

Case No. 15-cv-08279-AB (GJSx)
JUDGMENT

1     The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because (i) there is complete diversity of citizenship (ii) and the amount in controversy exceeds $75,000.  Hooson Hwang Yang and Jun Ho Yang (collectively, the "Yangs") own the real property located at 18460 Coastline Avenue, Malibu, California 90265 (the "Property").  On or about November 9, 2011, Travelers Commercial Insurance Company ("Travelers") issued homeowners insurance policy no. 989659105 633 1, with a policy period of November 9, 2011 – November 9, 2012, to the Yangs for the Property.  Travelers also issued renewal policies for the policy periods November 9, 2012 – November 9, 2013 and November 9, 2013 – November 9, 2014.  The initial policy and renewal policies for policy no. 989659105 633 1, issued to the Yangs for the Property, are collectively referred to as "the Policies." On or about October 22, 2015, Travelers filed this action against the Yangs alleging causes of action for, among other things, declaratory relief.

        Pursuant to the Parties' Stipulated Order for Entry of Judgment, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED and DECREED that:

      a.    The Policies are void ab initio.
      b.    Travelers has no duties of any kind to the Yangs with respect to the Policies.
      c.    Each party will bear its own costs.
      d.    The Pretrial and Jury Trial dates are vacated.

Dated: May 17. 2016          By: _____
                                  The Honorable André Birotte Jr.
                                  United States District Court Judge